UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEREMY A. MORIN,

     Plaintiff,

       v.

ANTHONY GULLINI, et al.,

     Defendants.

CIVIL ACTION NO. 26-11642-MPK

ORDER REGARDING THE FILING FEE
June 8, 2026

KELLEY, U.S.M.J.

On April 18, 2026, Jeremy Morin, who is representing himself, filed a civil complaint

and a motion for leave to proceed *in forma pauperis*.  The same day, the Court entered an order

denying the *in forma pauperis* motion without prejudice (#4).  The Court explained that, because

Morin is a prisoner, he is required to file a certified six-month institutional account statement

with his *in forma pauperis* motion.  *See* 28 U.S.C. § 1915(a)(2).  Because he had not provided

that statement, the Court directed him to either (1) pay the entire filing fee upfront; or (2) file a

renewed *in forma pauperis* motion with the required prison account statement.  The Court stated

that failure to do so within twenty-one (21) days could result in dismissal of the action without

prejudice.  The Court also directed the Clerk to provide a copy of the order to the Treasurer's

Office of Souza-Baranowski Correction Center, where Morin is confined, to facilitate any

request by Morin for his certified prison account statement.  The Court did not direct the

Treasurer to provide the statement directly to the Court.

The deadline for complying with the April 18, 2026 order has lapsed without any response from Morin. However, on April 28, 2026, the Court received Morin's certified six-month prison account statement directly from the prisoner of SBCC (#6).

The Court declines to revisit Morin's *in forma pauperis* motion on the basis of receipt of the prison account statement from the Treasurer.  When a prisoner is allowed to proceed *in forma pauperis*, he is allowed to proceed without prepayment of the $405 filing fee (which consists of a $350 statutory filing fee, *see* 28 U.S.C. § 1914(a), and a $55 administrative fee).  However, he is still required to pay the $350 statutory fee over time, regardless of the length or outcome of the action.  *See* 28 U.S.C. § 1915(b).  In the order denying the *in forma pauperis* motion, the Court informed Morin of this obligation.  Without a renewed *in forma pauperis* motion, the Court does not have any indication that Morin has agreed to undertake the obligation of pay the $350 statutory filing fee over time.

Accordingly, if Morin wishes to proceed with this action, the Court directs him to either (1) pay the $405 filing fee; or (2) file a renewed motion for leave to proceed *in forma pauperis*. Failure to do so within twenty-one (21) days may result in dismissal of this action without prejudice.

SO ORDERED.

 /s/ M. Page Kelley
M. Page Kelley
United States Magistrate Judge

2