UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 26-11642-RGS

JEREMY A. MORIN

v.

ANTHONY GULLINI, et al.

ORDER ON REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

August 5, 2026

STEARNS, D.J.

I agree with Magistrate Judge Page Kelley's recommendation that the Complaint should be dismissed for plaintiff Jeremy Morin's failure to comply with the court Orders dated April 18, 2026 (Order denying the *in forma pauperis* motion without prejudice because he did not include the six-month institutional account required under 28 U.S.C. § 1915(a)(2) (DKT #4)) and June 9, 2026 (Order directing Morin to either (1) pay the $405 filing fee; or (2) file a renewed motion for leave to proceed in forma pauperis, and the court stated that failure to do so within twenty days could result in dismissal of the action without prejudice (DKT #7). Petitioner failed to respond to the Orders or to file an Objection to the Report and Recommendation issued by Magistrate Judge Kelley on July 20, 2026 (and mailed to Mr. Morin that

same day).[1]  Consequently, the Recommendation is <u>ADOPTED</u>, and the petition is <u>DISMISSED</u>.  The Clerk shall notify the petitioner and close the case.

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE

---

[1]  Petitioner has not filed an Objection to the Report and Recommendation within the time allotted.